offenses, and the allegations that he shot into the house may be rejected as surplusage. 1 Branch 2d 505, Sec. 526; Schwarz v. State, 136 Tex.Cr.R. 260, 124 S.W.2d 392; Odle v. State, 139 Tex.Cr.R. 288, 139 S.W.2d 595.

█ Appellant complains of the court's refusal to charge the offenses of aggravated assault and simple assault. These offenses are not included under the provisions of Art. 1151, V.A.P.C., as the article carves out a particular type of assault and makes it a distinct offense. 6 Tex.Jur.2d 271, Sec. 33; Brinkley v. State, 82 Tex.Cr.R. 150, 198 S.W. 940.

█ The evidence is sufficient to support the conviction and no error appearing, the judgment is affirmed.

Opinion approved by the Court.

On Motion for Rehearing

MORRISON, Judge.

█ It is again urged that the indictment is duplicitous in that it also charged burglary. An examination of Article 1393, V.A.P.C., will reveal that in order to charge the offense denounced by said Article it is necessary to allege that the firearm was discharged into the house with the intent to injure a person therein situated. This essential allegation does not appear in the indictment before us, and it therefore does not charge burglary.

█ As to appellant's contention that the jury should have been charged on the law of aggravated and simple assault, we call attention to our holding in Barton v. State, 162 Tex.Cr.R. 75, 282 S.W.2d 237, that there was no necessity of charging on aggravated assault unless there was some doubt that the greater offense of castration had been committed.

Remaining convinced that we properly disposed of this case originally, appellant's motion for rehearing is overruled.

Arthur Ray FOUNTAIN, Arthur Lowe, Wilbert Winston, Appellants,

v.

STATE of Texas, Appellee.

No. 32946.

Court of Criminal Appeals of Texas.

Feb. 8, 1961.

No attorney for appellant of record on appeal.

Frank Briscoe, Dist. Atty., Samuel H. Robertson, Jr., Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is rape; the punishment assessed against each defendant, 5 years.

The record contains no statement of facts, and there are no bills of exception.

The claims of error in the refusal of requested charges and the overruling of objections to the charge given cannot be appraised in the absence of a statement of facts.

The judgment is affirmed.